```
           UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                Case No. 10-cr-125-PB

**Miguel Rodriguez**


**O R D E R**


The defendant has moved through counsel to continue the trial scheduled for December 1, 2010, citing the need for additional time to finalize a plea agreement. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 1, 2010 to February 1, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    SO ORDERED.

                                              /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

November 29, 2010

cc:    Terry Ollila, AUSA
        Michael D. Ramsdell, Esq.
        United States Probation
        United States Marshal